**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JUL 2 9 2019**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE WASHINGTON

Bret Neal
(Name of Plaintiff)

vs.

State of Washington
Yakema County,
Joseph A, Brusic
City of Yakama
(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

**1:19-cv-03173-RMP**

## I.    Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a
prisoner?          ☒ YES          ☐ NO

B. If your answer to A is yes, how many? ___6___ Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another
piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: Bret Neal 035743

Defendants: Yakama county
Sazzt Glynn Joseph A, Brusic
Alexus James
Terry MOE Well
John Schiell
matt English

(Rev. 11/09)

2. Court (give name of District): _Eastern of WA_

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

   _All are pending_

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

**II.   Place of Present Confinement:** _____

A. Is there a prisoner grievance procedure available at this institution? ☒ YES    ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?

   ☒ YES    ☐ NO

   If your answer is NO, explain why not: _____

   _____

C. Is the grievance process completed?    ☒ YES    ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?    ☒ YES    ☐ NO

   If your answer is NO, explain why not: _____

   _____

**III.   Parties to this Complaint**

A. Name of Plaintiff: _Bret Neal_ _____ Inmate No.: _035743_
   Yakama County Jail
   Address: _111 N Front St_
   _Yakama WA 98901_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: _Joseph Brusic_ Official Position: _DA's office_

   Place of Employment: _City of Yakama_ _____

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _____

_____

_____

_____

_____

IV    **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

My state and Federal constitution rights have been valated (1) when I was taken into custdy my rights was Naver given to me, (2) my 2nd Amendment has been valated it. (3) My Native rights have been valated as well When Ones rights has been Valalated why is it That Washington state wont get in truble For it and why they alow This County to do as they Please! (4) My rights and others rights should matter, This state has stop given us our rights as A Native, I have been told that they can do any thing

That they want to do and we can't touch them. ⑥ Mr. Neal when he gets out he will never talk to anyone again. In fact his mental issue is where he's afraid of everyone now! I ask this: Why is our rights only good when or until someone lies about us, then we don't have any rights anymore, not in this state? or country.

## V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.)

I want my rights to be restored and be given the sum of $875 billion in damages and all charges be dropped and my police record be cleaned up + a new start in life.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___7th___ day of ___22___, 20_19_.

_____
(Signature of Plaintiff)

-4-