# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRET WYATT NEAL,

*Plaintiff*

v.

STATE OF WASHINGTON, YAKIMA COUNTY, JOSEPH A. BRUSIC and CITY OF YAKIMA,

*Defendant*

Civil Action No. 1:19-CV-3173-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint (ECF No. 1) is DISMISSED for failure to state a claim upon which relief may be granted, but without prejudice to Plaintiff pursuing appropriate state appellate review of his state criminal proceedings and federal habeas relief if warranted.
This dismissal will NOT count as a "strike" pursuant to 28 U.S.C. § 1915(g).
The Court certifies that any appeal of this dismissal would not be taken in good faith.
Judgment entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON

Date: 01/24/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates